PERROW *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 8, October Term, 1947.]

*Decided November 13, 1947.*

Before MARBURY, C. J., DELAPLAINE, COLLINS, GRASON, HENDERSON, and MARKELL, JJ.

*Per Curiam.*

This is an application for leave to appeal from refusal of a writ of habeas corpus. *Jackson v. Warden,* 190 Md. 717, 60 A. 2d 179.

Petitioner is imprisoned under sentence of six months for carrying a concealed deadly weapon, a pistol. He alleges that the pistol at the time had no barrel or magazine or cartridges and could not be used as a deadly weapon. The question of the sufficiency of the evidence cannot be retried on habeas corpus. *Bernard v. Warden of Maryland House of Correction,* 187 Md. 273, 49 A. 2d 737; *Copeland v. Wright,* 188 Md. 666, 53 A. 2d 553.

*Application denied, without costs.*